■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRUCE DONOVAN, Appellant.—Appeal unanimously dismissed as moot. (See *People v Johnson,* 47 AD2d 639.) (Appeal from judgment of Onondaga County Court —robbery, third degree.) Present—Moule, J. P., Cardamone, Simons, Mahoney and Dillon, JJ.